IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Leo McClam,                                          )
                                                     )     C.A. No. 3:06-701-HMH-BHH
                    Plaintiff,                        )
                                                     )
        vs.                                          )     **OPINION AND ORDER**
                                                     )
Mr. Jonathan Ozmint, Director;                       )
Mr. Parker Evatt; Mr. Michael Moore;                 )
Mr. Frederick Dodge; Mr. Gary Maynard;               )
and Mr. William D. Catoe, Ex-Directors,              )
South Carolina Department of Corrections,)
                                                     )
                    Defendants.                      )

        This matter is before the court for review of the Report and Recommendation of

United States Magistrate Judge Bruce H. Hendricks, made in accordance with 28 U.S.C.

§ 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

        The Magistrate Judge makes only a recommendation to this court.  The

recommendation has no presumptive weight.  The responsibility to make a final deter-

mination remains with this court.  See Mathews v. Weber, 423 U.S. 261, 270-71 (1976).

The court is charged with making a de novo determination of those portions of the Report

and Recommendation to which specific objection is made, and the court may accept,

reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or

recommit the matter with instructions.  See 28 U.S.C. § 636(b)(1).

        The Plaintiff filed no objections to the Report and Recommendation.  In the

absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Hendricks' Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that this case is dismissed without prejudice.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
May 25, 2006

**NOTICE OF RIGHT TO APPEAL**

The Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.